| | |
|---|---|
| CHRIS LANGER,<br><br>                            Plaintiff,<br><br>v.<br><br>RICHARD BARNHART, in individual and representative capacity as trustee of The Richard Barnhart Living Trust dated August 26, 1999; TOAST OF THE TOWN, INC., a California Corporation; and Does 1 -10,<br><br>                            Defendants. | Case No.:  20cv00151-JAH (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADING (Doc. No. 7)** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Pending before the Court is the Parties' Joint Motion and Request to Extend Time to File Responsive Pleading as to Defendant Toast of The Town, Inc.. Doc. No. 7. Upon consideration of the joint motion and for good cause shown, the joint motion is **GRANTED**.

///

///

///

///

///

1

IT IS HEREBY ORDERED that the deadline for Defendant Toast of The Town, Inc., to respond to Plaintiff Chris Langer's Complaint, (Doc. No. 1), in this case shall be **extended to March 27, 2020.**

**IT IS SO ORDERED**.

DATED: February 26, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE